United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Lester Lee Long  
Bonnie Mae Long  
    Debtors

Case No. 21-10113-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Apr 23, 2021      Form ID: 318      Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lester Lee Long, Bonnie Mae Long, 23 E. Wilson Ave., Wernersville, PA 19565-1310 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14576956 | + | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 14576963 | + | Congress Collection, 28552 Orchard Lake Road, Suite 200, Farmington Hills, MI 48334-2954 |
| 14576967 | + | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14576968 | + | Matthew D. Urban, Weltman, Weinberg & Reis Co., LPA, 436 Seventh Ave. Ste 200, Pittsburgh, PA 15219-1858 |
| 14576969 | | Matthew D. Urban, Esq., Weltman, Weinberg & Reis Co., 436 7th Ave. Ste. 2500, Pittsburgh, PA 15219-1842 |
| 14576970 | + | Midland Credit Management, 350 Camino De La Reina, Ste. 100, San Diego, CA 92108-3007 |
| 14576972 | + | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14576974 | + | Regency Finance Compan, 3225 N 5th St, Reading, PA 19605-2451 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QRHHOLBER.COM | Apr 24 2021 03:43:00 | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | | EDI: PENNDEPTREV | Apr 24 2021 03:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 24 2021 02:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 24 2021 02:25:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14576954 | + | Email/Text: rperez@arcadiarecovery.com | Apr 24 2021 02:25:00 | Arcadia Recovery Bureau, Attn: Bankruptcy, 645 Penn Street 4th Fl, Reading, PA 19601-3559 |
| 14576955 | + | EDI: TSYS2.COM | Apr 24 2021 03:43:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14576957 | + | EDI: CAPITALONE.COM | Apr 24 2021 03:43:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14576958 | + | EDI: CAPITALONE.COM | Apr 24 2021 03:43:00 | Capital One Bank Usa N, Attn Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14576959 | + | EDI: WFNNB.COM | Apr 24 2021 03:43:00 | Comenity Bank/Fashion Bug, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14576960 | + | EDI: WFNNB.COM | Apr 24 2021 03:43:00 | Comenity Bank/Kingsize, Attn: Bankruptcy, Po |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 23, 2021 | Form ID: 318 | Total Noticed: 37 |

| Recip ID | Bypass/Delivery | Notice Date/Time | Name and Address |
|---|---|---|---|
| | | | Box 182125, Columbus, OH 43218-2125 |
| 14576961 | + EDI: WFNNB.COM | Apr 24 2021 03:43:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14576962 | + EDI: WFNNB.COM | Apr 24 2021 03:43:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14576964 | + EDI: CCS.COM | Apr 24 2021 03:43:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14576965 | + Email/Text: clientservices@credit-control.com | Apr 24 2021 02:25:00 | Credit Control, LLC, 5757 Phantom Dr. #330, Hazelwood, MO 63042-2429 |
| 14576966 | + EDI: LENDNGCLUB | Apr 24 2021 03:43:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 14576971 | + Email/Text: bankruptcynotices@psecu.com | Apr 24 2021 02:26:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14576973 | Email/Text: bankruptcynotices@psecu.com | Apr 24 2021 02:26:00 | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 14576975 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 24 2021 02:34:07 | Resurgent Capital Services, Attn: Bankruptcy, Pob 10497, Greenville, SC 29603-0497 |
| 14576976 | + EDI: DRIV.COM | Apr 24 2021 03:43:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14576977 | + EDI: RMSC.COM | Apr 24 2021 03:43:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14576978 | + EDI: RMSC.COM | Apr 24 2021 03:43:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14576979 | + EDI: RMSC.COM | Apr 24 2021 03:43:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14576980 | + EDI: WTRRNBANK.COM | Apr 24 2021 03:43:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 14576981 | + EDI: BLUESTEM | Apr 24 2021 03:43:00 | Webbank/Gettington, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14576953 | | Alcon Emp |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2021          Signature:    /s/Joseph Speetjens

District/off: 0313-4 User: admin Page 3 of 3
Date Rcvd: Apr 23, 2021 Form ID: 318 Total Noticed: 37

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID W. TIDD | on behalf of Joint Debtor Bonnie Mae Long bankruptcy@davidtiddlaw.com bbkconsultantllc@gmail.com |
| DAVID W. TIDD | on behalf of Debtor Lester Lee Long bankruptcy@davidtiddlaw.com bbkconsultantllc@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| ROBERT H. HOLBER | trustee@holber.com rholber@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Lester Lee Long | Social Security number or ITIN  xxx–xx–5921 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Bonnie Mae Long | Social Security number or ITIN  xxx–xx–3184 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 21–10113–pmm | |

# Order of Discharge                                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Lester Lee Long                                             Bonnie Mae Long

4/22/21                                                     **By the court:**   Patricia M. Mayer
                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                    **Order of Discharge**                                        page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                **Order of Discharge**                page 2